UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAYRA HERNANDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>PROFESSIONAL CLAIMS BUREAU, INC. a/k/a PCB<br><br>Defendant. | Civil Action Number: 1:16-cv-06849-PGG<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff SAYRA

HERNANDEZ, and defendant PROFESSIONAL CLAIMS BUREAU, INC., a/k/a PCB, that the

above-entitled action is hereby dismissed without prejudice, and without attorney's fees and costs

against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The class claims

are also dismissed without prejudice.

Dated: New York, New York
          November 16, 2017

Sirotkin Varacalli & Hamra, LLP.
*Attorneys for Plaintiff*


By: s/p _____
          Abraham Hamra

32 Broadway
Suite 1818
New York, New York 10004
Tel: (646) 590-0571

Barron & Newburger, PC.
*Attorneys for Defendant*


By: s/ _____
          Arthur J. Sanders

30 South Main Street,
New City. N.Y. 10956
Tel: 845-499-2990

SO ORDERED:


_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE