USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAYRA HERNANDEZ, on behalf of
herself and all others similarly situated,

        Plaintiff,

-against-

PROFESSIONAL CLAIMS BUREAU,
INC. a/k/a PCB

        Defendant.

Civil Action Number: 1:16-cv-06849-PGG

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff SAYRA HERNANDEZ, and defendant PROFESSIONAL CLAIMS BUREAU, INC., a/k/a PCB, that the above-entitled action is hereby dismissed without prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The class claims are also dismissed without prejudice.

Dated: New York, New York
      November 16, 2017

Sirotkin Varacalli & Hamra, LLP.
*Attorneys for Plaintiff*

By: s/
   Abraham Hamra

32 Broadway
Suite 1818
New York, New York 10004
Tel: (646) 590-0571

Barron & Newburger, PC.
*Attorneys for Defendant*

By: s/
   Arthur J. Sanders

30 South Main Street,
New City. N.Y. 10956
Tel: 845-499-2990

SO ORDERED:

HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
Nov. 21, 2017